1  ADAM GORDON
   United States Attorney
2  THOMAS SOMMER
   Special Assistant United States Attorney
3  Washington D.C. Bar No. 90000333
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-9086

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | Case No.: 26-mj-00251-BLM
11 |          Plaintiff,              |
12 |     v.                           | NOTICE OF APPEARANCE
13 | JAMES ANDREW WHITE,              |
14 |          Defendant.              |

15

16      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

17      I, the undersigned attorney, enter my appearance as lead counsel
18 for the United States in the above-captioned case.  I certify that I
19 am admitted to practice in this court or authorized to practice under
20 CivLR 83.3.c.3-4.

21      The following government attorneys (who are admitted to practice
22 in this court or authorized to practice under CivLR 83.3.c.3-4) are
23 also associated with this case, should be listed as lead counsel for
24 CM/ECF purposes, and should receive all Notices of Electronic Filings
25 relating to activity in this case:

26           <u>Name</u>

27           None.

28 //

TJS:ams:1/26/2026

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**None.**

Please feel free to call me if you have any questions about this notice.

DATED: January 26, 2026.

    Respectfully submitted,

    ADAM GORDON
    United States Attorney

    *s/Thomas Sommer*
    THOMAS SOMMER
    Special Assistant U.S. Attorney
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA